**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00820-CR
No. 05-11-00821-CR

**SAMUEL MONCADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-72067-H & F09-72070-H**

## ORDER

Before the Court is the State of Texas's April 19, 2013 First Motion for Extension of Time to File Brief. We **GRANT** the motion. We **DIRECT** the Clerk to file the State's brief received on April 19, 2013.

/s/      ROBERT M. FILLMORE
         JUSTICE